1

2

3                          UNITED STATES DISTRICT COURT

4                        WESTERN DISTRICT OF WASHINGTON
                                  AT SEATTLE
5

6   Koninklijke Philips Electronics NV,                Case No. C08-543 MJP

7                     Plaintiff,

8        v.                                            ORDER REQUESTING
                                                       ADDITIONAL BRIEFING
9   Cardiac Science Operating Company,

10                    Defendant.

11

12          Currently pending is Plaintiff's motion for the Court to schedule a claim construction

13   hearing. (Dkt. No. 15.) Oral argument on this motion is scheduled for Friday, September 12,

14   2008 at 1:30 PM. Before hearing argument and deciding the motion, the Court requests

15   additional briefing from the parties to be submitted by Tuesday, September 9, 2008. The

16   briefing should be no longer than five pages and should address the following issues:

17          (1) The scope of the District Court's appellate role in an action filed pursuant to 35

18          U.S.C. § 146 and the appropriate standard(s) of review.

19          (2) Whether Plaintiff's motion requires this Court to review decisions by the Board of

20          Patent Appeals and Interferences that involve issues of law only and not factual findings.

21          (3) Whether Plaintiff's motion addresses all claims contained in Plaintiff's complaint.

22          The Clerk is directed to send a copy of this order to all counsel of record.

23          Dated: September 4, 2008.

24

25          _____

26          Marsha J. Pechman
            U.S. District Judge
27

ORDER — 1